**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Evo Food Group, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 – 2 3 5 6 6 6 3

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **704 Pulaski Highway** | **1800 Morning Brook Drive** |
| Number        Street | Number        Street |
| **Joppa, MD 21085** | **Forest Hill, MD 21050** |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Harford** | **Evo Food Group, LLC** |
| County | **704 Pulaski Highway** |
| | Number        Street |
| | **Joppa, MD 21085** |
| | City                State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Evo Food Group, LLC**                                                    Case number *(if known)* _____
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

            District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                           MM / DD / YYYY

       Case number, if known _____

Debtor   **Evo Food Group, LLC**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　　What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　Number　　　　Street<br><br>_____<br><br>_____<br>　　City　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　 ☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   **Evo Food Group, LLC**
Name                                          Case number *(if known)*

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■  I have been authorized to file this petition on behalf of the debtor.

- ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/23/2024**
                MM/  DD/  YYYY

**X**   **/s/ James Patrick Phelan**                    **James Patrick Phelan**
Signature of authorized representative of debtor         Printed name

Title   **James Patrick Phelan**

**18. Signature of attorney**

**X**   **/s/ Sonila Isak Wintz**   Date **12/23/2024**
Signature of attorney for debtor                MM/  DD/  YYYY

**Sonila Isak Wintz**
Printed name

**Isak Law Firm, LLC**
Firm name

**306 N Main Street**
Number      Street

**Bel Air**                          **MD**      **21014**
City                                  State      ZIP Code

**(443) 854-6666**                    **sonila@isaklaw.com**
Contact phone                         Email address

**29803**                             **MD**
Bar number                            State

Fill in this information to identify the case:

Debtor Name **Evo Food Group, LLC**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Truist Bank** | **Checking account** | **5 7 3 7** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **Horizon Foods, LLC** | **$24,717.00** |
| --- | --- |

Debtor   **Evo Food Group, LLC**
         _____           Case number *(if known)* _____
         Name

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1   _____   _____

     8.2   _____   _____

9.   **Total of Part 2**                                                  | **$24,717.00** |

     Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                                         **Current value of
                                                                         debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:   _____ - _____ =..... ➡   _____
                                 face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:      _____ - _____ =..... ➡   _____
                                 face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**                                                  | _____ |

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                                    **Valuation method used     Current value of
                                                    for current value**         debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1   _____   _____   _____

     14.2   _____   _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                            % of
                                                ownership:

     15.1. _____   _____   _____   _____

     15.2. _____   _____   _____   _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable
     instruments not included in Part 1**

     Describe:

---

Debtor   **Evo Food Group, LLC**                                    Case number *(if known)* _____
_____
Name

| 16.1 | | |
|---|---|---|
| 16.2 | | |

17. **Total of Part 4** 

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Seafood and equipment- see attachment | MM / DD / YYYY | unknown | estimated resale value | $30,724.75 |

23. **Total of Part 5** 

Add lines 19 through 22. Copy the total to line 84.                    $30,724.75

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Evo Food Group, LLC**                                    Case number *(if known)* _____
          Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                   _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor **Evo Food Group, LLC**                                     Case number *(if known)* _____

Name

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Miscellaneous office furniture | unknown | | $300.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | miscellaneous office equipment ( 2 printers, 1 fax machine, telephone system) | unknown | | $600.00 |
| | Gravely Mower | unknown | resale value | $3,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1  1826 Jesse Deoano hobnail safe (from Bel Air Racetrack) | unknown | | unknown |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | $3,900.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1  2012 Ford F250 | unknown | kbb.com | $5,336.00 |
| | 47.2  2007 Ford Econoline | unknown | similar for sale | $7,995.00 |
| | 47.3  2019 Nissan NV200 | unknown | kbb.com | $4,207.00 |

Debtor  **Evo Food Group, LLC**                                      Case number *(if known)* _____
        <small>Name</small>

| | | |
|---|---|---|
| 47.4 **2001 Isuzu NPR** | unknown | $4,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____    _____    _____    _____

   48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

   49.1 _____    _____    _____    _____

   49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____    _____    _____    _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                    $21,538.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor     **Evo Food Group, LLC**                                          Case number *(if known)* _____
      Name

---

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **7**

Debtor   **Evo Food Group, LLC**
_____
Name

Case number *(if known)* _____

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   −   _____   = ➤   _____
Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

Nature of claim   _____

Amount requested   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim   _____

Amount requested   _____

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

Debtor    **Evo Food Group, LLC**

Name    Case number *(if known)* _____

---

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,717.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,724.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,538.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................... ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ＋ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $80,879.75 | ＋ 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ **$80,879.75**

## INVENTORY AS OF 12/23/2024

### CRABMEAT
Lump High Wave Aquabest 16 Cases/ 12lbs @$16.95 =$3254.40
Special Indo Chicken Of The Sea 36 Cases/12lb @$9.95= $4,298.40
Cocktail Claw India (Newport) 7 Cases /12lbs @$8.95 = $751.80

### SLOW MOVING/DISCOUNTED
Frozen Jumbo Lump Venezuela 2023 Season 466lbs @3$= $1,398
Columbia Super Lump 2024 Season 90lbs @$6 =$540
Ven Lump Oceans 2024 Season 50lbs @$4= $200

### SHRIMP
26/30 pink domestic 35lbs@$4.95=$173.25
26/30 peeled and deveined block 65lb@5.95=$386.75
16/20 peeled and deveined block 16lbs@$7.5=$112.50
31/40 2lb bags 20@$4.95=$99
Individual quick frozen pieces 140lbs@$4.95=$693

### SHRIMP IMPORT
21/25 EZ peel 80lbs@$3.75=$300
16/20 cooked 50lbs@5.95=$297.50
21/25 peeled off 100lbs@$5.25=$1,050
Under 12 Equador 24lbs@$11=$264
16/20 Equador 24lbs@$4= $96

### MISC SEAFOOD
Salmon Portions 25lbs@$9.5=$237.50
Corvina 20#cs 110lbs@$7=$770
Orange Roughy 22lbs@$9.95=$218.9
Pollock 10#s 440lbs@$2.75=$1,210
Red Snapper 10#cs 30lbs@$7.5=$225
Tuna 4oz 30lbs@$5=$150
Flounder 8oz 45lbs@$5.95=$267.75
Ruby Red Trout 20lbs@$6.5=$130
Tuna 6 oz 10#cs 80lbs@$5.95=$476
Red Drum 400lbs@$5.50=$2,200

### LOBSTER
Tails 9oz 30lbs@$20=$600
Tails 5oz 10ls@$26=$260
Superclaw 480lbs@$3=$1,440                              \

### VARIOUS APPLIANCES

Ice machine $1000

Fill in this information to identify the case:

Debtor name **Evo Food Group, LLC**

United States Bankruptcy Court for the: District of    **Maryland**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

<u>**Official Form 206D**</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Amur Equipment Finance**

**Creditor's mailing address**

**304 W 3rd Street**

**PO Box 2555**

**Grand Island, NE 68801**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

<u>2007 Ford Econoline, 2019 Nissan NV200</u>    **$30,083.02**    **$12,202.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$30,083.02**

Fill in this information to identify the case:

Debtor name **Evo Food Group, LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |

Debtor **Evo Food Group, LLC**
_____
Name

Case number _(if known)_ _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

PO Box 1270

Newark, NJ 07101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$28,702.00

**3.2** Nonpriority creditor's name and mailing address

**American Express**

PO Box 1270

Newark, NJ 07101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$33,652.67

**3.3** Nonpriority creditor's name and mailing address

**American Express**

PO Box 1270

Newark, NJ 07101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$73,036.00

**3.4** Nonpriority creditor's name and mailing address

**Amory Trucking**

PO Box 1707

Hampton, VA 23669

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$2,017.22

Debtor    **Evo Food Group, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Aquabest Seafood**

**10711 SW 104th Street**

**Miami, FL 33176**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$37,594.00

---

**3.6** Nonpriority creditor's name and mailing address

**Belair Produce**

**7226 Parkway Drive**

**Hanover, MD 21076**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$19,427.00

---

**3.7** Nonpriority creditor's name and mailing address

**BGE**

**PO Box 13070**

**Philadelphia, PA 19101**

Date or dates debt was incurred _____

Last 4 digits of account number  3  6  0  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  post due utility

Is the claim subject to offset?
☑ No
☐ Yes

$1,646.33

---

**3.8** Nonpriority creditor's name and mailing address

**BSA Seafood**

**Po Box 460**

**Grasonville, MD 21638-0460**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$40,014.61

---

Debtor  **Evo Food Group, LLC**                                    Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.9** Nonpriority creditor's name and mailing address
**Chubb**

**PO Box 382001**

**Pittsburgh, PA 15250**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$4,772.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past due account**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**Comcast**

**PO Box 70219**

**Philadelphia, PA 19176**

Date or dates debt was incurred    _____

Last 4 digits of account number    **9 8 9 8**

As of the petition filing date, the claim is:          **$1,128.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**Direct Source Seafood**

**PO Box 88130**

**Milwaukee, WI 53288**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$22,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **past due account**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**E Goodwin and Sons**

**7901 Oceano Avenue 36**

**Jessup, MD 20794**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$19,300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **past due account**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Evo Food Group, LLC**
Name                                                              Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.40
*Check all that apply.*

**Eastern Fisheries Inc**

☐ Contingent
**214 Samuel Bennett Blvd** | ☐ Unliquidated

**New Bedford, MA 02745** | ☐ Disputed

Basis for the claim:  past due account

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Federal Motor Carrier Safety Adm**

☐ Contingent
**c/o US Dept of Transportation** | ☐ Unliquidated

**1200 New Jersey Avenue SE** | ☐ Disputed

**Washington, DC 20590** | Basis for the claim:  **Notice only**

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $245,543.00
*Check all that apply.*

**Horizon Foods LLC**

☐ Contingent
**1706 Fallston Road** | ☐ Unliquidated

**Fallston, MD 21047** | ☐ Disputed

Basis for the claim:  **Commercia Lease**

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $206,592.00
*Check all that apply.*

**Kapitus LLC**

☐ Contingent
**120 West 45th Street** | ☐ Unliquidated

**New York, NY 10036** | ☐ Disputed

Basis for the claim:  **past due account**

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __ | ☐ Yes

---

Debtor    **Evo Food Group, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.17** Nonpriority creditor's name and mailing address

**Marder Seafood**

**57 Hassey Street**

**New Bedford, MA 02740**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$2,040.00

---

**3.18** Nonpriority creditor's name and mailing address

**Newport International**

**675 30th Avenue 102**

**Saint Petersburg, FL 33704**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$36,502.80

---

**3.19** Nonpriority creditor's name and mailing address

**Oceans Seafood**

**10700 Carribean Blvd 205**

**Miami, FL 33189**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$5,760.00

---

**3.20** Nonpriority creditor's name and mailing address

**Paul Piazza and Son Inc**

**PO Box 52049**

**New Orleans, LA 70152**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  past due account

Is the claim subject to offset?
☑ No
☐ Yes

$13,743.45

---

Debtor **Evo Food Group, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**S and B Seafood International LLC**

**PO Box 52049**

**New Orleans, LA 70152**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: past due account

Is the claim subject to offset?
☑ No
☐ Yes

$6,350.00

---

**3.22** Nonpriority creditor's name and mailing address

**Stearns Bank**

**500 13th Street**

**PO Box 750**

**Albany, MN 56307**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repossessed vehicles - 2016 Isuzu**

Is the claim subject to offset?
☑ No
☐ Yes

$63,275.00

---

**3.23** Nonpriority creditor's name and mailing address

**Stearns Bank**

**500 13th Street**

**PO Box 750**

**Albany, MN 56307**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repossession - 2007 Isuzu**

Is the claim subject to offset?
☑ No
☐ Yes

$31,338.00

---

**3.24** Nonpriority creditor's name and mailing address

**Supreme Crab and Seafood**

**1625 N Commerce Parkway 325**

**Fort Lauderdale, FL 33326**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: past due account

Is the claim subject to offset?
☑ No
☐ Yes

$26,788.00

---

Debtor  **Evo Food Group, LLC**

Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.25** Nonpriority creditor's name and mailing address

**Thai Union -Tri Union Frozen products**

**aka Chicken of the Sea**

**2150 East Grand Avenue**

**El Segundo, CA 90245**

Date or dates debt was incurred _____

Last 4 digits of account number  **8  7  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** past due account

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,868.00

---

**3.26** Nonpriority creditor's name and mailing address

**Truist Bank**

**Attn: Bankruptcy**

**PO Box 791622**

**Baltimore, MD 21279**

Date or dates debt was incurred _____

Last 4 digits of account number  **2  9  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,474.28

---

**3.27** Nonpriority creditor's name and mailing address

**Truist Bank**

**Attn: Bankruptcy**

**PO Box 791622**

**Baltimore, MD 21279**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** overdrafted bank account

**Is the claim subject to offset?**
☑ No
☐ Yes

$127.99

---

**3.28** Nonpriority creditor's name and mailing address

**US Small Business Association**

**PO Box 3918**

**Portland, OR 97208**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Disaster Covid 19 Economic Injury

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,000.00

---

Debtor  **Evo Food Group, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,740.00** |

**Viking Food International**

**150 Weston Road 207**

**Fort Lauderdale, FL 33326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  past due account

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor    **Evo Food Group, LLC**            Case number *(if known)* _____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.**    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Kapitus LLC** <br> **2500 Wilson Boulevard 350** <br> **Arlington, VA 22201** | Line **3.16** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**   **Radius Global Solutions** <br> **500 North Franklin Turnpike 315** <br> **Ramsey, NJ 07446** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3**   **Radius Global Solutions** <br> **500 North Franklin Turnpike 315** <br> **Ramsey, NJ 07446** | Line **3.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4**   **Radius Global Solutions** <br> **500 North Franklin Turnpike 315** <br> **Ramsey, NJ 07446** | Line **3.3** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5**   **Seafax Collections** <br> **PO Box Box 15340** <br> **Portland, ME 04112** | Line **3.25** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Evo Food Group, LLC**
_____

  Name

Case number *(if known)* _____

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,046,479.67** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,046,479.67** |

---

Fill in this information to identify the case:

Debtor name     **Evo Food Group, LLC**

United States Bankruptcy Court for the:

    **District of Maryland**

Case number (if known): _____ Chapter   **7**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Premises located at 704 Pulaski Highway, Joppatowne MD 21085** | **Horizon Foods LLC** |
| | | **Contract to be REJECTED** | **1706 Fallston Road** |
| | State the term remaining | **29 months** | **Fallston, MD 21047** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Evo Food Group, LLC**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of __2__

Debtor **Evo Food Group, LLC** _____     Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name _____**Evo Food Group, LLC**_____

United States Bankruptcy Court for the:

_____**District of Maryland**_____

Case number (if known): _____   Chapter __**7**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals
12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*......................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*....................................................................................

   | $80,879.75 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*......................................................................................

   | $80,879.75 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $30,083.02 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   | + $1,046,479.67 |

4. **Total liabilities**..................................................................................................................

   Lines 2 + 3a + 3b

   | $1,076,562.69 |

Fill in this information to identify the case:

Debtor name        **Evo Food Group, LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Horizon Foods LLC 1706 Fallston Road Fallston, MD 21047 | | Commercia Lease | | | | $245,543.00 |
| 2 | Kapitus LLC 120 West 45th Street New York, NY 10036 | | past due account | | | | $206,592.00 |
| 3 | US Small Business Association PO Box 3918 Portland, OR 97208 | | Disaster Covid 19 Economic Injury | | | | $74,000.00 |
| 4 | American Express PO Box 1270 Newark, NJ 07101 | | credit card | | | | $73,036.00 |
| 5 | Stearns Bank 500 13th Street PO Box 750 Albany, MN 56307 | | Repossessed vehicles - 2016 Isuzu | | | | $63,275.00 |
| 6 | BSA Seafood Po Box 460 Grasonville, MD 21638-0460 | | past due account | | | | $40,014.61 |
| 7 | Aquabest Seafood 10711 SW 104th Street Miami, FL 33176 | | | | | | $37,594.00 |
| 8 | Newport Internatinal 675 30th Avenue 102 Saint Petersburg, FL 33704 | | past due account | | | | $36,502.80 |

Debtor   **Evo Food Group, LLC**

Name _____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 American Express<br>PO Box 1270<br>Newark, NJ 07101 | | | | | | $33,652.67 |
| 10 Stearns Bank<br>500 13th Street<br>PO Box 750<br>Albany, MN 56307 | | Repossession - 2007 Isuzu | | | | $31,338.00 |
| 11 American Express<br>PO Box 1270<br>Newark, NJ 07101 | | credit card | | | | $28,702.00 |
| 12 Supreme Crab and Seafood<br>1625 N Commerce Parkway 325<br>Fort Lauderdale, FL 33326 | | past due account | | | | $26,788.00 |
| 13 Direct Source Seafood<br>PO Box 88130<br>Milwaukee, WI 53288 | | past due account | | | | $22,800.00 |
| 14 Belair Produce<br>7226 Parkway Drive<br>Hanover, MD 21076 | | past due account | | | | $19,427.00 |
| 15 E Goodwin and Sons<br>7901 Oceano Avenue 36<br>Jessup, MD 20794 | | past due account | | | | $19,300.00 |
| 16 Amur Equipment Finance<br>304 W 3rd Street<br>PO Box 2555<br>Grand Island, NE 68801 | | | | $30,083.02 | $12,202.00 | $17,881.02 |
| 17 Viking Food International<br>150 Weston Road 207<br>Fort Lauderdale, FL 33326 | | past due account | | | | $17,740.00 |
| 18 Thai Union -Tri Union Frozen products<br>aka Chicken of the Sea<br>2150 East Grand Avenue<br>El Segundo, CA 90245 | | past due account | | | | $15,868.00 |
| 19 Truist Bank<br>Attn: Bankruptcy<br>PO Box 791622<br>Baltimore, MD 21279 | | | | | | $14,474.28 |
| 20 Paul Piazza and Son Inc<br>PO Box 52049<br>New Orleans, LA 70152 | | past due account | | | | $13,743.45 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE: **Evo Food Group, LLC**                                        CASE NO

                                                                                   CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**12/23/2024**___     Signature _____**/s/ James Patrick Phelan**_____

                                                      James Patrick Phelan, James Patrick Phelan

American Express
PO Box 1270
Newark, NJ 07101


Amory Trucking
PO Box 1707
Hampton, VA 23669


Amur Equipment Finance
304 W 3rd Street
PO Box 2555
Grand Island, NE 68801


Aquabest Seafood
10711 SW 104th Street
Miami, FL 33176


Belair Produce
7226 Parkway Drive
Hanover, MD 21076


BGE
PO Box 13070
Philadelphia, PA 19101


BLT Investments
704 Pulaski Highway
Joppa, MD 21085


BSA Seafood
Po Box 460
Grasonville, MD 21638-0460

Chubb
PO Box 382001
Pittsburgh, PA 15250


Comcast
PO Box 70219
Philadelphia, PA 19176


Direct Source Seafood
PO Box 88130
Milwaukee, WI 53288


E Goodwin and Sons
7901 Oceano Avenue 36
Jessup, MD 20794


Eastern Fisheries Inc
214 Samuel Bennett Blvd
New Bedford, MA 02745


Federal Motor Carrier Safety
Adm
c/o US Dept of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

Horizon Foods LLC
1706 Fallston Road
Fallston, MD 21047


Horizon Foods, LLC
704 Pulaski Hwy
Joppa, MD 21085-3900

Kapitus LLC
120 West 45th Street
New York, NY 10036


Kapitus LLC
2500 Wilson Boulevard 350
Arlington, VA 22201


Marder Seafood
57 Hassey Street
New Bedford, MA 02740


Newport Internatinal
675 30th Avenue 102
Saint Petersburg, FL 33704


Oceans Seafood
10700 Carribean Blvd 205
Miami, FL 33189


Paul Piazza and Son Inc
PO Box 52049
New Orleans, LA 70152


Radius Global Solutions
500 North Franklin Turnpike 315
Ramsey, NJ 07446


S and B Seafood International
LLC
PO Box 52049
New Orleans, LA 70152

Seafax Collections
PO Box Box 15340
Portland, ME 04112

Stearns Bank
500 13th Street
PO Box 750
Albany, MN 56307

Supreme Crab and Seafood
1625 N Commerce Parkway 325
Fort Lauderdale, FL 33326

Thai Union -Tri Union Frozen
products
aka Chicken of the Sea
2150 East Grand Avenue
El Segundo, CA 90245

Truist Bank
Attn: Bankruptcy
PO Box 791622
Baltimore, MD 21279

US Small Business Association
PO Box 3918
Portland, OR 97208

Viking Food International
150 Weston Road 207
Fort Lauderdale, FL 33326

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | * | Case # |
| Evo Food Group, LLC | * | Chapter 7 |
| | * | |
| | * | |
| Debtor(s), | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>CORPORATE RESOLUTION</u>

The owner of Evo Food Group, LLC, James Patrick Phelan, has adopted the following resolution:

WHEREAS, it is in the best interest of Evo Food Group, LLC, to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that James Patrick Phelan, as an authorized representative of Evo Food Group, LLC is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Evo Food Group, LLC; and

Be It Further Resolved that James Patrick Phelan is authorized and directed to appear in all bankruptcy proceedings on behalf of Evo Food Group, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Evo Food Group, LLC, in connection with such bankruptcy case;

Be It Further Resolved that James Patrick Phelan is authorized to employ Sonila Isak Wintz and the Isak law Firm, LLC to represent Evo Food Group, LLC in such bankruptcy case; and

Evo Food Group, LLC is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

December 23, 2024

Evo Food Group, LLC

By: /s/ James Patrick Phelan
　　James Patrick Phelan